UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| O. Edward Schlatter | K. Weckwerth |
| U.S. Magistrate Judge | Deputy Clerk |
| | |
| | FTR PAC/OES PM |

Date: April 26, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | Pegeen Rhyne |
| | | Michele Korver |
| v. | | |
| COURTNEY McCOY | 07-cr-00172-EWN | Without Counsel |
| CHARLES LITTLEJOHN | 07-cr-00172-EWN/07-cr-00183-REB | Without Counsel |
| SKYLA LITTLEJOHN | 07-cr-00172-EWN/07-cr-00183-REB | Without Counsel |
| BAYLIN KYLE | 07-cr-00172-EWN/07-cr-00183-REB | Without Counsel |
| TAMIKA KNIGHT | 07-cr-00172-EWN | Without Counsel |
| PHILLIP DOUGLAS | 07-cr-00172-EWN | Without Counsel |
| ADRIANA MENDOZA-CASTELLANOS | 07-CR-00183-REB | Without Counsel |
| GARRETT CRAWFORD | 07-cr-00179-EWN | Without Counsel |
| DERRICK GRIFFIE JR. | 07-cr-00183-REB | Without Counsel |
| ANDRE STANLEY | 07-cr-00175-LTB | Without Counsel |
| LUIS CAMACHO-LEVARIO | 07-cr-00188-JLK | Without Counsel |
| ALEJANDRO CAMACHO-LEVARIO | 07-cr-00188-JLK | Without Counsel |

**INITIAL APPEARANCE**

Court in Session: 2:04 pm

Court calls case and appearance of counsel.

Defendants are advised of rights, charges, and possible penalties.

Defendants Adriana Mendoza-Castellanos, Derrick Griffie Jr., and Alejandro Camacho-Levario indicate they have private counsel.  All other defendants are requesting court appointed counsel. Financial affidavits are tendered to the court.

The court finds that the remaining defendants without private counsel are eligible for court appointed counsel and will appoint an attorney from the CJA panel for each remaining defendant.

The government is seeking detention on all defendants.

**ORDERED:** Defendant Adriana Mendoza-Castellanos, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 1:30 pm before Judge Rice.

Defendant Courtney McCoy, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 8:30 am before Judge Rice.

Defendant Garrett Crawford, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 8:30 am before Judge Rice.

Defendant Derrick Griffie Jr., Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 1:30 pm before Judge Rice.

Defendant Charles Littlejohn, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 1:30 pm before Judge Rice for both cases.

Defendant Skyla Littlejohn, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 8:30 am before Judge Rice for both cases.

Defendant Baylin Kyle, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 1:30 pm before Judge Rice for both cases.

Defendant Tamika Knight, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 8:30 am before Judge Rice.

Defendant Phillip Douglas, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 8:30 am before Judge Rice.

Defendant Andre Stanley, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 1:30 pm before Judge Rice.

Defendant Luis Camacho-Levario, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 8:30 am before Judge Boland.

Defendant Alejandro Camacho-Levario, Arraignment, Detention and Discovery hearing is set for May 1, 2007 at 8:30 am before Judge Boland.

**ORDERED:** All defendants are remanded to the custody of the United States Marshal.

Court in recess: 2:22 pm     total time: 18  minutes

Hearing concluded.